UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PURSUE ENERGY CORPORATION                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:08cv00186-DPJ-JCS

PINELAND TIMBER, INC.                                                        DEFENDANT

**consolidated with**

PURSUE ENERGY CORPORATION                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:08cv00187-DPJ-JCS

JOSEPH P. GIANGROSSO, ET AL.                                                 DEFENDANTS

**consolidated with**

PURSUE ENERGY CORPORATION                                                    PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:08cv188-DPJ-JCS

EARNEST R. MOORE, ET AL.                                                     DEFENDANTS

**consolidated with**

PURSUE ENERGY CORPORATIO                                                     PLAINTIFF

VS.                                                      CIVIL ACTION NO. 3:08cv189-DPJ-JCS

TROY S. GRIFFIN, ET AL.                                                      DEFENDANTS

**CONSOLIDATED WITH:**
**3:08cv00226-DPJ-JCS**
**3:08cv00227-DPJ-JCS**
**3:08cv00228-DPJ-JCS**
**3:08cv00240-DPJ-JCS**

**ORDER OF DISMISSAL**

This case is before the Court on the motions of Plaintiff Pursue Energy Corporation to dismiss without prejudice the cases of *Pursue Energy Corporation v. Joseph P. Giangrosso and*

*Julie B. Giangrosso*, No. 3:08cv187-DPJ-JCS; *Pursue Energy Corporation v. Earnest R. Moore and Deanna L. Moore*, No. 3:08cv188-DPJ-JCS; and *Pursue Energy Corporation v. Troy S. Griffin and Dee P. Griffin*, No. 3:08cv189-DPJ-JCS.  Upon review of  Plaintiff's motions, this Court finds that they are well taken and should be granted pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Accordingly, it is hereby

ORDERED that Plaintiff's motions to dismiss [17], [18], and [19] are granted and causes 3:08cv187, 3:08cv188, and 3:08cv189 are hereby **dismissed** without prejudice.

**SO ORDERED AND ADJUDGED** this the 14th day of April, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE